DAVID PRESSMAN, Appellant, *v.* PROCKTER PRODUCTIONS, INC., Respondent.

Submitted October 19, 1953; decided November 20, 1953.

*Eugene L. Bondy* for motion.
*Robert Z. Lewis* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.